AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:24-mj-01211-ABA |
| | ) | |
| | ) | |
| Minh Phuong Vong | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of ___Prince George's___ in the _____ District of ___Maryland___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Aaron Zentner*
_____
*Complainant's signature*

Aaron Zentner, SA FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   5/15/2024
_____
*Judge's signature*

City and state:   Baltimore, Maryland

Adam B. Abelson, U.S. Magistrate Judge
_____
*Printed name and title*