✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

2:01 pm, May 24 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. 1:24-MJ-01211-1-ABA** |
| **MINH PHUONG VONG** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain

counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 16th day of May, 2024, that

Julie Reamy is hereby appointed to represent the individual.

/s/
_____

Adam Abelson
UNITED STATES MAGISTRATE JUDGE